### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE ELLA WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-631-M |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On June 18, 2012, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by July 9, 2012. On July 9, 2012, plaintiff filed her objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 18, 2012;

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 10th day of July, 2012.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE