# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE ELLA WELLS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-11-631-M |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On June 18, 2012, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), recommending denial of plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act. This Court adopted the Report and Recommendation and affirmed the decision of the Commissioner. On August 19, 2013, the Tenth Circuit Court of Appeals reversed and remanded this Court's decision with instructions to remand to the Commissioner for further proceedings consistent with the Tenth Circuit's opinion.

Accordingly, the Court reverses and remands this case to the Commissioner for further proceedings consistent with the Tenth Circuit's opinion.

**IT IS SO ORDERED this 30th day of December, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE